No. 03–9093.  MILLER v. MILLER.  Ct. App. S. C.  Certiorari denied.

No. 03–9095.  HUTTON v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 03–9103.  MONTEROS v. YARBOROUGH, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 03–9104.  WOODS v. MCGRATH, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–9106.  GRAHAM v. BATTLE, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 03–9113.  WEST v. WORKMAN, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 03–9117.  DENNIS v. LOUISIANA.  C. A. 5th Cir.  Certiorari denied.

No. 03–9120.  CHALOR v. IONICS, INCORPORATED OF MASSACHUSETTS.  C. A. 11th Cir.  Certiorari denied.

No. 03–9121.  HAWKINS v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 03–9123.  HUNT v. ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir. Certiorari denied.

No. 03–9124.  MCTAGGART v. ROE V. WADE ET AL.  Sup. Ct. Iowa.  Certiorari denied.

No. 03–9126.  WERBER v. BARTOS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–9128.  FIELDS v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 03–9130.  HOLIDAY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–9131.  GRIFFIN v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.